UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD CLAIRMONT,

                Plaintiff,

v.

SOUND MENTAL HEALTH; JONI WILSON, in her individual capacity,

                Defendants.

C08-507Z

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant Wilson's Motion to Amend Answer, docket no. 103, is GRANTED. Wilson's Answer, docket no. 7, is amended to include the affirmative defense of failure to mitigate damages. Plaintiff shall be deemed to deny the defense. No further pleadings shall be filed relating to this defense.

      (2)    Defendant Wilson's Motion to Compel Answers to Discovery re: Mitigation, docket no. 103, is GRANTED. Plaintiff shall answer Sound Mental Health's Fourth Interrogatories and Requests for Production (Interrogatory No. 22 and Request for Production No. 29) within ten (10) days from the date of this Order.

      (3)    The Court ORDERS Wilson to answer Plaintiff's Interrogatory No. 17 and Request for Production No. 33 within ten (10) days from the date of this Order.

      (4)    Former Defendant Sound Mental Health's Motion to Compel Discovery, docket no. 72, and joined by Wilson at docket no. 95, is GRANTED in part. Plaintiff shall provide Wilson with answers to Interrogatories 5 and 13, and documents in response to Requests for Production 5, 12, and 13 within ten (10) days from the date of this Order. Answers and responses shall be limited to only discoverable information relating to 2006 to the present. The motion is otherwise DENIED.

MINUTE ORDER - 1

1     (5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Filed and entered this 21st day of May, 2009.

                                      BRUCE RIFKIN, Clerk

                                        s/ Claudia Hawney
                         By _____
                                Claudia Hawney
                                Deputy Clerk

MINUTE ORDER - 2