UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD CLAIRMONT,

    Plaintiff,

v.

JONI WILSON,

    Defendant.

Case No. C08-507TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF RICHARD CLAIRMONT , and on behalf of DEFENDANT JONI WILSON in the amount of $7,798.05 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. FILING FEE | $350.00 | $350.00 | 0 |
| II. DEPOSITION COSTS | $7,633.05 | $670.00 | $6,963.05 |

Clerk allowed costs for all depositions actually used by either counsel in support of or in opposition to motion for summary judgment. Clerk reduced the amount allowed for Clairmont deposition, vol. II , by $670.00 to reflect estimated cost associated with videotaping of deposition.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $2,785.38 | $1,950.38 | $835.00 |

Clerk allowed 30% of requested costs. This represents estimate of copying directly associated with the summary judgment motion.

Dated this ___1st___ day of OCTOBER, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2